Spencer P. Hugret (State Bar # 240424)
shugret@gordonrees.com
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986 5900
Facsimile: (415) 986 8054

Attorneys for Defendants
FORD MOTOR COMPANY

Jacob Cutler (SBN 264988)
Email: jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
FILIBERTO OLAZABAL and IRENE OLAZABAL

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIBERTO OLAZABAL and IRENE OLAZABAL, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:18-cv-01331-AB-FFM <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation.

- 1 -

Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated:  2/7/2019

_____
United States District Judge

- 2 -

2:18-cv-01331-AB-FFM